UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALAN RAY RICK,

Petitioner,

v.

ROBERT MUNDT, Warden,

Respondent.

Civil No. 01-958 (DWF/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that he is entitled to an early release from custody pursuant to 18 U.S.C. § 3621(e)(2)(B), but Respondent is erroneously refusing to release him.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and the proper duration of his sentence, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on Petitioner's claims, and his recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition in light of the requirements of the statutes and other pertinent authority;

FILED JUN 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Certified copies of any prison records or other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in the petition.

Petitioner has also filed an application seeking leave to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). (Docket No. 2.) The Court is satisfied that Petitioner is eligible for IFP status, and he will therefore be excused from paying any filing fee for this action.

Based on the foregoing, and on all of the premises and proceedings of record, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a return as described herein, within 20 days after the date of this order; and

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: June 4, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge