UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-958(DWF/FLN)

ORIGINAL

| | | |
|---|---|---|
| ALAN RAY RICK,<br><br>Petitioner,<br><br>v.<br><br>ROBERT MUNDT, WARDEN,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

The above-entitled matter is before the undersigned United States Chief Magistrate Judge, pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the government's Motion is GRANTED, and that respondent shall be granted until July 15, 2001, to prepare and submit its return to the Petition.

Dated: June 26, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JUN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______