# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alan Ray Rick

Plaintiff

v.

Robert Mundt

Defendants

Case No. Civil 01-958 DWF/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated 11/29/01 is adopted. Petitioner's application for habeas corpus is dismissed without prejudice.

DATE: December 21, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk